# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00151-CV

### S. H., Appellant

### v.

### The Texas Department of Family and Protective Services, Appellee

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-FM-11-004887, THE HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant S.H. filed her notice of appeal on March 4, 2013. The appellate record was filed on March 14, 2013, making appellant's brief due April 3, 2013. The clerk's record filed on March 14, 2013, did not, however, include the trial court's findings of fact and conclusions of law and, for that reason, on April 3, 2013, appellant requested a fifteen-day extension of time to file a brief. A supplemental clerk's record including the findings of fact and conclusion of law was filed with this Court on April 5, 2013.

Recent amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion in part and

order counsel to file appellant's brief no later than April 18, 2013.  If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on April 8, 2013.

Before Chief Justice Jones, Justices Goodwin and Field